THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Carolina
 Aggregate Products, LLC, Respondent,
 
 
 

v.

 
 
 
 Buffington
 & Smith Contracting Company, LLP, John E. Buffington, Carlotta B. Hood,
 Safeco Insurance Company, and Palmetto Paving Corporation, Defendants,
 of whom
 Buffington & Smith Contracting Company, LLP, John E. Buffington &
 Carlotta B. Hood, are, Appellants,
 
 
 

Appeal From Horry County
William E. Lawson, Special Referee

Unpublished Opinion No. 2011-UP-078
 Submitted November 1, 2010  Filed
February 24, 2011   

AFFIRMED

 
 
 
 Carlotta B. Hood, pro se, of
 Gillsville, for Appellants.
 Daniel J. MacDonald, of Myrtle Beach, and Philip
 Coleman Thompson, of Conway,
 for Respondent.
 
 
 

PER CURIAM: John
 E. Buffington and Carlotta B. Hood (collectively Appellants) appeal the special
 referee's judgment in favor of Carolina Aggregate Products.[1] 
 We affirm[2] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1. As to the issue of a limit
 on the amount of the guaranty, this issue was not raised until the motion to
 alter or amend and thus is not properly before this court.  See Peterson
 v. Porter, 389 S.C. 148, 152, 697 S.E.2d 656, 658 (Ct. App. 2010) (holding
 appellant failed to preserve issue for this court's review where appellants
 raised the employer-employee argument in his motion to reconsider but failed to
 raise it during the summary judgment proceedings); Kiawah Prop. Owners Group
 v. Pub. Serv. Comm'n, 359 S.C. 105, 113, 597 S.E.2d 145, 149 (2004)
 (stating a party may not raise an issue in a motion to reconsider, alter, or
 amend a judgment that could have been presented prior to the judgment).
2. As to the issue of the
 amount of the debt, Buffington & Smith is no longer a party to this appeal
 and Appellants, as guarantors, cannot assert Buffington & Smith's defenses
 to the debt.  Citizens & S. Nat'l Bank of S.C. v. Lanford, 313 S.C.
 540, 544, 443 S.E.2d 549, 551 (1994) (holding a guarantor is not a party to a
 note and cannot avail himself of defenses based on the note).
AFFIRMED.
HUFF, KONDUROS, and
 LOCKEMY, JJ., concur.  

[1] Buffington & Smith Contracting Company, LLP, also appealed the special
 referee's order.  However, after the final briefs were filed, counsel for Buffington
 & Smith and Appellants withdrew.  On April 1, 2010, this court dismissed
 the appeal as to Buffington & Smith when it failed to obtain new counsel.  
[2] We decide this case without oral argument
 pursuant to Rule 215, SCACR.